# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1406

_____

United States of America,           *
                                    *
            Appellee,               *
                                    *     Appeal from the United States
    v.                              *     District Court for the
                                    *     Northern District of Iowa.
Eduardo Rodriguez-Rodriguez, also   *
known as Eddie Randy Rodriguez,     *          [UNPUBLISHED]
                                    *
            Appellant.              *

_____

Submitted: October 4, 2001
Filed: October 10, 2001

_____

Before BYE, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Eduardo Rodriguez-Rodriguez pleaded guilty to illegally reentering the United States after deportation, in violation of 8 U.S.C. § 1326. The district court[1] sentenced Rodriguez-Rodriguez to 96 months imprisonment and 3 years supervised release. On appeal, his attorney has filed a brief and moved to withdraw under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

Counsel argues that the district court should have granted a downward departure; however, counsel did not move for one below, and we conclude that the district court did not plainly err in declining to grant a departure sua sponte. See United States v. Montanye, 996 F.2d 190, 192 (8th Cir. 1993) (en banc).

Having found no nonfrivolous issues for appeal upon our independent review pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.